# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 31 EAL 2023
:
            Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v.  :
:
:
:
STEVEN E. SIMMINGER,  :
:
            Petitioner  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.